# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

AVA NGUYEN,

Appellant,

v.

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,

Appellee.

No. 2D2023-2057

———————————————

June 7, 2024

Appeal from the University of South Florida Board of Trustees.

Ava Nguyen, pro se.

No appearance for Appellee.


PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.